```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 41342
    ISRAEL JAMES
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5230


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/08/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 02/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED          9797.92         1033.99       9797.92
DAIMLER CHRYSLER FINANCI   UNSECURED         984.13            .00          98.41
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED        6790.00            .00         679.00
CAR TOWN                   UNSECURED        1148.85            .00         114.89
SECRETARY OF STATE         NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED         749.00            .00          74.90
ROBERT J ADAMS & ASSOC     REIMBURSEMENT    210.00            .00          210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                          813.88
DEBTOR REFUND              REFUND                                           532.06

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               15,355.05

PRIORITY                                       210.00
SECURED                                      9,797.92
    INTEREST                                 1,033.99
UNSECURED                                      967.20
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           813.88
DEBTOR REFUND                                  532.06
                      --------------        --------------
TOTALS                15,355.05             15,355.05




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 41342 ISRAEL JAMES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 41342 ISRAEL JAMES